

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>Miguel Alexander Franco-Lara<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCR 13-157M<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for __4-8-13__, _____, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __David T. Bristow__, in Courtroom __3, 3rd floor__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/1/13__

_____
U.S. District Judge/Magistrate Judge